United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GUILHERME  CASALICCHIO, §
§
Plaintiff, §
VS. § CIVIL ACTION NO. 4:18-CV-160
§
BOKF, N.A. D/B/A BANK OF TEXAS, *et* §
*al*, §
§
Defendants. §

## O R D E R

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration **(Instrument No. 53)** is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the _____22nd_____ day of September, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**